**Petition for Writ of Mandamus Denied and Memorandum Opinion Issued February 18, 2026.**



In The

# Fifteenth Court of Appeals

——————

## NO. 15-26-00056-CV

——————

## IN RE NICHOLAS KREINES, DAVID P. RYAN, AND

## LIBERTY MINERAL PARTNERS LLC, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Business Court Division 3B**
**Travis County, Texas**
**Trial Court Cause No. 24-BC03B-0005**

## MEMORANDUM OPINION

On Monday, February 9, 2026, relators Nicholas Kreines, David P. Ryan, and Liberty Mineral Partners LLC, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Patrick K. Sweeten, Judge of the Business Court Division 3B, in Travis County, Texas, to set aside his order dated January 29, 2026, entered in trial court number 24-BC03B-0005, styled *ES3 Minerals, LLC v. Nicholas Kreines, David P. Ryan, and Liberty Mineral Partners*

*LLC*. Relators also filed a motion for emergency relief asking this Court to stay the commencement of trial.

Relators have not established they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus and the related emergency motion.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.